# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159269(62)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ARMINDA DAWN BAKER, as Next
Friend of SHAWN RYAN EICHLER,
Minor,
      Plaintiff-Appellee,

v

MODERN WASTE SYSTEMS, INC,
      Defendant-Appellant.
_____/

SC: 159269
COA: 338606
Lenawee CC: 15-005322-NO

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 8, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2019



Clerk